IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DWIGHT R. HOUSTON                                                  PLAINTIFF


        v.                          Case No. 14-6137


ARKANSAS DEPARTMENT OF CORRECTION;
CORRECT CARE SOLUTIONS, LLC; et al.                    DEFENDANTS


O R D E R

On this 8th day of December, 2015, there comes on for consideration the report and recommendation filed in this case on June 3, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 18). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 21).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, (1) Plaintiff's retaliation claims are **DISMISSED WITHOUT PREJUDICE**; (2) Plaintiff's grievance procedure claims are **DISMISSED WITH PREJUDICE**; (3) Plaintiff's harassment claims are **DISMISSED WITHOUT PREJUDICE**; and (4) Plaintiff's claims against the Arkansas Department of Correction are **DISMISSED WITH PREJUDICE**.

Plaintiff's denial of medical/dental care claims against Correct Care Solutions, Captain King, Healthcare Administrator

Andrea Beasley, Dr. Vowell, Dr. Sell, Mr. Deboer, and Dr. McDonald remain, as does his excessive force claim against Sergeant Delaney.  Plaintiff's claims as to all other named defendants are dismissed as set forth above.

IT IS SO ORDERED this 8th day of December, 2015.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge